GEORGE W. RATHBUN 2D, Respondent, *v*. THE NORTHERN
CENTRAL RAILWAY COMPANY, Appellant.

A foreign railway corporation cannot claim the benefit of the statute of
limitations of this State in an action of which the courts of this State
have jurisdiction, although it has before the commencement of the
action for the time specified in the statute continuously operated and
carried on a railroad in this State, having a large amount of property
for all that time within the State and having a managing agent resident
therein.

(Submitted June 12, 1872; decided June 20, 1872.)

THIS action was commenced in August, 1869, to recover
damages for injuries received by plaintiff when a passenger
on the railroad of defendant, a corporation chartered by the
State of Pennsylvania, from a disaster thereon in June, 1863,
caused by the alleged negligence of defendant's agents and
employes.

The answer alleged that for more than six years prior to
the action the defendant was the lessee of a railroad in New
York, running from the northern line of Pennsylvania to the
city of Elmira, N. Y., and had property within this State
and a managing agent of the demised railway and property
residing at Elmira, who kept an office of the Northern Cen-
tral Railway Company; therefore claiming that the action
did not accrue within six years before suit brought.

To this answer the plaintiff interposed a demurrer, in sub-
stance that defendant being a foreign corporation the sta-
tute of limitations did not apply. Upon argument the
demurrer was overruled at Special Term. On appeal to
General Term, this order was reversed and judgment directed
on the demurrer.

Afterward the cause was tried before the court without a
jury, and judgment rendered and perfected for the plaintiff
for $2,500 with costs, which on appeal was affirmed by the
General Term of the second judicial department. *Held*, that
defendant could not claim the benefit of the statute of limita-
tions and that the demurrer to answer was properly sus-
tained.

*George M. Diven* for the appellant.

*George W. Rathbun* for the respondent.

FOLGER, J., reads for affirmance.
All concur.
Judgment affirmed, with costs.